UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: § Case No. 08-17274-PHX SSC
ANGULO, ANDREW ARNOLD §
ANGULO, SUSAN C. §
§
§
Debtors §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter    of the United States Bankruptcy Code on         . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor

       Leaving a balance on hand of                          $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was         . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DIANE M. MANN, TRUSTEE_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 08-17274-PHX   SSC   Judge: SARAH S. CURLEY | Trustee Name: DIANE M. MANN, TRUSTEE |
| Case Name: ANGULO, ANDREW ARNOLD | Date Filed (f) or Converted (c): 11/29/08 (f) |
| ANGULO, SUSAN C. | 341(a) Meeting Date: 12/30/08 |
| For Period Ending: 06/16/09 | Claims Bar Date: 04/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 18513 W. Missouri Ave. | 210,500.00 | 0.00 | OA | 0.00 | FA |
| 2. Bank of America Checking Acct #xxxxx5156 | 300.00 | 0.00 | DA | 0.00 | FA |
| 3. Bank of America Savings Acct #xxxxx1159 | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS & FURNISHINGS | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 5. Misc. Music DVDs | 25.00 | 0.00 | DA | 0.00 | FA |
| 6. Man's Wardrobe | 250.00 | 0.00 | DA | 0.00 | FA |
| 7. Woman's Wardrobe | 350.00 | 0.00 | DA | 0.00 | FA |
| 8. Woman's Wedding Set | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. Woman's Watch | 20.00 | 0.00 | DA | 0.00 | FA |
| 10. Misc. Costume Jewelry | 50.00 | 50.00 | DA | 0.00 | FA |
| COST TO SELL EXCEEDS RECOVERY TO ESTATE | | | | | |
| 11. SPORTS EQUIPMT, PHOTOGRAPHIC, HOBBY | 50.00 | 0.00 | DA | 0.00 | FA |
| 12. USAA Mutual Fund Roth IRA | 103.00 | 0.00 | DA | 0.00 | FA |
| 13. PENSION PLANS & PROFIT SHARING | 67,232.00 | 0.00 | DA | 0.00 | FA |
| 14. 2005 F-150 4x2 SB Pickup | 4,655.00 | 0.00 | DA | 0.00 | FA |
| Mileage: 70,000 | | | | | |
| 15. 1993 Mazda Protege DX 4D Sedan | 605.00 | 0.00 | DA | 0.00 | FA |
| Mileage: 175,000 | | | | | |
| 16. OFFICE EQUIPMENT, FURNISHINGS, SUPP | 250.00 | 0.00 | DA | 0.00 | FA |
| Desktop Personal Computer Printer Computer Desk | | | | | |
| 17. PET(S) | 125.00 | 0.00 | DA | 0.00 | FA |
| 18. CASH ON HAND (u) | 0.00 | 2,450.00 | | 2,450.00 | FA |
| 19. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.16 | FA |
| 20. WAGES OWED DEBTOR AT TIME OF FILING (u) | 0.00 | 216.97 | | 216.97 | FA |
| DUE SUSAN | | | | | |
| 21. WAGES OWED DEBTOR AT TIME OF FILING (u) | 0.00 | 56.85 | | 56.85 | FA |

Case No: 08-17274-PHX  SSC  Judge: SARAH S. CURLEY  
Case Name: ANGULO, ANDREW ARNOLD  
ANGULO, SUSAN C.  

Trustee Name: DIANE M. MANN, TRUSTEE  
Date Filed (f) or Converted (c): 11/29/08 (f)  
341(a) Meeting Date: 12/30/08  
Claims Bar Date: 04/08/09  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| DUE ANDREW | | | | | |
| 22. FEDERAL TAX REFUND-2008 (u) | 0.00 | 6,900.77 | | 7,692.97 | FA |
| 23. STATE TAX REFUND-2008 (u) | 0.00 | 1,638.03 | | 1,638.03 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $290,415.00 | $11,312.62 | $12,054.98 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING $3,000.00 CASH ON HAND ON DATE OF FILING. December 09, 2008. DEMAND MADE FOR TURNOVER. December 22, 2008. DEBTOR TO MAKE 8 PAYMENTS STARTING 1/15/09. January 01, 2009. DEMAND LTR FOR WAGES MAILED TO DEBTORS. February 06, 2009. DEMAND MADE FOR TURNOVER OF 2008 TAX REFUNDS. February 24, 2009. AWAITING FEDERAL AND STATE TAX REFUNDS. April 10, 2009. COLLECTED AZ REFUND CHECK; AWAITING FEDERAL REFUND. May 02, 2009. ALL ASSETS COLLECTED AND CASE TO CLOSE AFTER CHECK CLEARS. May 11, 2009. TFR FILED. May 21, 2009 (DMMANN)

Initial Projected Date of Final Report (TFR): 08/15/09      Current Projected Date of Final Report (TFR): 08/15/09

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 08-17274-PHX -SSC | Trustee Name: | DIANE M. MANN, TRUSTEE |
| Case Name: | ANGULO, ANDREW ARNOLD | Bank Name: | Bank of America |
| | ANGULO, SUSAN C. | Account Number / CD #: | *******0169  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4983 | | |
| For Period Ending: | 06/16/09 | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/05/09 | 18 | KASEY ANGULO | NON-EXEMPT CASH | 1229-000 | 1,200.00 | | 1,200.00 |
| 01/30/09 | 19 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,200.01 |
| 02/10/09 | 18 | DEBTORS | NON-EXEMPT CASH | 1229-000 | 1,250.00 | | 2,450.01 |
| 02/12/09 | 20, 21 | DEBTORS | NON-EXEMPT WAGES | 1229-000 | 273.82 | | 2,723.83 |
| 02/27/09 | 19 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,723.84 |
| 03/31/09 | 19 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,723.86 |
| 04/30/09 | 19 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,723.92 |
| 05/02/09 | | ARIZONA DEPT OF REVENUE | STATE INCOME TAX REFUND | | 1,790.00 | | 4,513.92 |
| | | PO BOX 29010 | | | | | |
| | | PHOENIX, AZ 85038-9010 | | | | | |
| | 23 | | Memo Amount:          1,638.03 | 1224-000 | | | |
| | | | STATE INCOME TAX REFUND | | | | |
| | 22 | | Memo Amount:            151.97 | 1224-000 | | | |
| | | | FEDERAL INCOME TAX REFUND | | | | |
| 05/11/09 | | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX REFUND | | 7,541.00 | | 12,054.92 |
| | | STOP 5014PX | | | | | |
| | | 210 EAST EARLL DRIVE | | | | | |
| | | PHOENIX, AZ 85012 | | | | | |
| | 22 | | Memo Amount:          6,748.80 | 1224-000 | | | |
| | | | FEDERAL INCOME TAX REFUND | | | | |
| | 22 | | Memo Amount:            792.20 | 1280-002 | | | |
| | | | PRORATA TAX REFUND | | | | |
| 05/14/09 | 001001 | ANDREW ARNOLD & SUSAN C.ANGULO | PRORATA TAX REFUND | 8500-000 | | 792.20 | 11,262.72 |
| | | 18513 W. MISSOURI AVENUE | | | | | |
| | | LITCHFIELD PARK, AZ  85340 | | | | | |
| 05/19/09 | 19 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 11,262.78 |
| 05/19/09 | | Transfer to Acct #*******5648 | Final Posting Transfer | 9999-000 | | 11,262.78 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 12,054.98 | 12,054.98 |

Ver: 14.31a

LFORM24
UST Form 101-7-TFR (4/1/2009) *(Page: 5)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-17274-PHX -SSC | | Trustee Name: | DIANE M. MANN, TRUSTEE |
| Case Name: | ANGULO, ANDREW ARNOLD | | Bank Name: | Bank of America |
| | ANGULO, SUSAN C. | | Account Number / CD #: | *******0169 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4983 | | | |
| For Period Ending: | 06/16/09 | | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 9,331.00 | COLUMN TOTALS | 12,054.98 | 12,054.98 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 11,262.78 | |
| | | Subtotal | 12,054.98 | 792.20 | |
| Memo Allocation Net: | 9,331.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 12,054.98 | 792.20 | |

Page Subtotals     0.00     0.00

Ver: 14.31a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-17274-PHX -SSC | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | ANGULO, ANDREW ARNOLD | Bank Name: | Bank of America |
| | ANGULO, SUSAN C. | Account Number / CD #: | *******5648 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4983 | | |
| For Period Ending: | 06/16/09 | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/19/09 | | Transfer from Acct #*******0169 | Transfer In From MMA Account | 9999-000 | 11,262.78 | | 11,262.78 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 11,262.78 | 0.00 | 11,262.78 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 11,262.78 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 9,331.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Money Market Account (Interest Earn - ********0169 | 12,054.98 | 792.20 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********5648 | 0.00 | 0.00 | 11,262.78 |
| Total Memo Allocation Net: | 9,331.00 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 12,054.98 | 792.20 | 11,262.78 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    11,262.78    0.00

Ver: 14.31a

LFORM24
UST Form 101-7-TFR (4/1/2009) *(Page: 7)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-17274-PHX SSC
Case Name: ANGULO, ANDREW ARNOLD
              ANGULO, SUSAN C.
Trustee Name: DIANE M. MANN, TRUSTEE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| NA | $ |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: DIANE M. MANN, TRUSTEE | $ | $ |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: NA | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| _Attorney for debtor:_ | $ | $ |
| _Attorney for:_ | $ | $ |
| _Accountant for:_ | $ | $ |
| _Appraiser for:_ | $ | $ |
| _Other: NA_ | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 08 | INTERNAL REVENUE SERVICE | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 01 | eCAST Settlement Corporation assignee of | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 02 | Recovery Management Systems Corporation | $ | $ |
| 03 | Arizona Transplant Associates PC | $ | $ |
| 04 | United States Department of Education | $ | $ |
| 05 | AAFES/Mil Star/Exchange | $ | $ |
| 07 | Chase Bank USA NA | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $        .